# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| CAROLINA ARELLANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO.: 1:17-CV-46-TLS |
| v. | ) |
| | ) |
| MARSHALLS OF MA, INC., | ) |
| KELLERMEYER BERGENSONS | ) |
| SERVICES, LLC, IMPERIAL | ) |
| MAINTENANCE, INC., and C&M | ) |
| CLEANING SERVICES, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On October 10, 2017, this Court referred the Plaintiff's Motions for Default Judgment to Magistrate Judge Susan L. Collins for review, to conduct any and all necessary evidentiary hearings, and to issue a Report and Recommendation that includes proposed findings of fact and recommendations for the disposition of the Plaintiff's Motions.

On February 2, 2018, Judge Collins issued a Report and Recommendation setting forth a recommendation that the Court grant in part the Plaintiff's Motions for Entry of Default [ECF Nos. 34, 39]. The Report recommended that this Court enter judgment in favor of the Plaintiff Carolina Arellano, and against Defendants Imperial Maintenance, Inc., and C&M Cleaning Services, in the sum of $9,496.72 for claims that they withheld wages from the Plaintiff and discriminated against the Plaintiff on the basis of race in her employment.

This Court's review of the Magistrate judge's Report and Recommendation is governed by 28 U.S.C. § 636(b)(1)(C), which provides in part:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is

made. A judge of the court may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate. The judge may also receive further evidence or recommit the matter to the magistrate with instructions.

Objections to the Magistrate's Judge's Report and Recommendations must be made within fourteen days of service of a copy of the Report. *Id.*; Fed. R. Civ. P. 72(b). No party has filed an objection to the Report and Recommendation.

Upon review of the parties' submissions and the Report and Recommendation, the Court ACCEPTS the Report and Recommendation [ECF No. 70] in its entirety and thereby:

(1) GRANTS the Plaintiff's Motions for Entry of Default Judgment [ECF Nos. 34, 39]; and

(2) DIRECTS the Clerk to ENTER JUDGMENT in favor of Plaintiff Carolina Arellano and against Defendants Imperial Maintenance, Inc., and C&M Cleaning Services, in the sum of $9,496.72. The Defendants are jointly and severally liable for the sum of $9,496.72.

SO ORDERED on February 26, 2018.

        s/ Theresa L. Springmann
        CHIEF JUDGE THERESA L. SPRINGMANN
        UNITED STATES DISTRICT COURT